WILLIE VINCENT TIMOTHY
THOMAS,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-4893

Opinion filed November 20, 2017.

Petition for Writ of Prohibition—Original Jurisdiction.

Rudolph C. "Rusty" Shepard Jr., Jean Marie Downing, and Chad R. Templeton, of Shepard Law, Panama City, for Petitioner.

Pamela Jo Bondi, Attorney General, and Charlie Lee, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

DENIED.

B.L. THOMAS, C.J., and OSTERHAUS and WINSOR, JJ., CONCUR.